IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARREN LOUIS SALLIE,
    Petitioner,

vs.                                  CASE NO.: 5:04cv15-SPM/AK

WARDEN MONICA WETZEL and
UNITED STATES OF AMERICA,,
    Respondents.
_____/

## ORDER

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 7) dated September 26, 2005. Petitioner has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 7) is ADOPTED and incorporated by reference in this order.

2.    The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

DONE AND ORDERED this 18th day of October, 2005.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge